

**UNITED STATES BANKRUPTCY COURT**
**Western District of Texas, San Antonio Division**

IN RE: ERNEST W VIDAL III  Case Number: 10-52964
MARGIE VIDAL III  Claim Number: 1

Debtor(s)

## NOTICE OF CHANGE OF ADDRESS

The undersigned hereby gives Notice of Change of Address for Trustee Payments on the above-filed claim(s) and submits the following information:

Name and Previous Trustee payment address of Claimant:  CitiMortgage, Inc.
PO Box 6941
The Lakes, NV  88901

Name and New Trustee payment address of Claimant:  CitiMortgage, Inc.
PO Box 688971
Des Moines, IA 50368-8971

This the 11th Day of November, 2011.

/s/Alexandra Rodriguez
Signature

Bankruptcy Specialist
866-613-5636, option 2